LYNN V. RIVERA, ESQ.
NEVADA BAR NO. 6797
**BURNHAM BROWN**
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
---
Telephone:    (775) 398-3065
Facsimile:    (877) 648-5288
Email:        lrivera@burnhambrown.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC. (erroneously sued herein
as HOME DEPOT USA, INC.)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY ARNOLD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.; a foreign corporation and DOES I-V,<br><br>Defendants. | Case No. 3:20-cv-00035-MMD-WGC<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER IN COMPLIANCE WITH LR 26-1(b) TO EXTEND EXPERT DISCLOSURE DEADLINES (First Request)** |

Plaintiff GARY ARNOLD and Defendant HOME DEPOT U.S.A., INC. ("Home Depot") by and through their attorneys of record hereby jointly stipulate as follows and respectfully request this Honorable Court order a continuance of the expert discovery deadlines for 60 days pursuant to FRCP 26 and Local Rule 26-1.

1. Discovery completed: To date, Home Depot has been informally notified by counsel for HUB of a conditional acceptance of its tender and we anticipate a decision on the substitution of counsel to be filed this week;

2. Discovery remaining to be completed: To date, Mr. Arnold is still waiting for his examination before the workmen's compensation agency to receive his rating on the nature and extent of his alleged disability.

DEF HOME DEPOT U.S.A., INC.'S STIPULATED DISCOVERY PLAN AND      No. 3:20-cv-00035-MMD-WGC
SCHEDULING ORDER IN COMPLIANCE WITH LR 26-1(b) TO EXTEND
EXPERT DISCLOSURE DEADLINES (First Request)

3.  <u>Description of why remaining discovery has not been completed within the time limits previously set by the Court</u>: The Parties have good cause for the 60 day extension of the expert discovery deadlines.  Specifically, Plaintiff's Counsel has been following up with the workman's compensation Board for a final examination date of Mr. Arnold.  Home Depot has sent six letters regarding the status of the tender.  Counsel for Home Depot has received an informal acceptance of the tender and is awaiting a formal determination on the substitution of counsel.

4.  <u>Proposed schedule for completing all remaining discovery</u>: Based on the foregoing, the parties respectfully request that the Court grant their joint request to extend the expert discovery deadlines, as follows:

|  | Current Dates | New Dates |
|---|---|---|
|  |  |  |
| Last day to make initial expert disclosures | 10/9/20 | 12/09/20 |
| Last day to make rebuttal expert disclosures | 11/6/20 | 1/6/20 |

Pursuant to Local Rule 26-4, this Stipulation was agreed on more than twenty-one (21) days before the first deadline being extended but was not filed due to a unforeseen delay in revising the document.

**IT IS SO STIPULATED.**

DATED:  September 21, 2020                          KILPATRICK BULLENTINI


                                                                By */s/ Charles M. Kilpatrick*
                                                                CHARLES KILPATRICK
                                                                Attorneys for Plaintiff
                                                                GARY ARNOLD

///

///

///

DEF HOME DEPOT U.S.A., INC.'S STIPULATED DISCOVERY PLAN AND        No. 3:20-cv-00035-MMD-WGC
SCHEDULING ORDER IN COMPLIANCE WITH LR 26-1(b) TO EXTEND
EXPERT DISCLOSURE DEADLINES (First Request)

1  DATED:  September 21, 2020                    BURNHAM BROWN

2

3                                               By /s/ Lynn V. Rivera
                                                   LYNN V. RIVERA
4                                                  Attorneys for Defendant
                                                   HOME DEPOT U.S.A., INC. (erroneously
5                                                  sued herein as HOME DEPOT USA, INC.)

6

7                              **ORDER**

8        Upon consideration of the Parties' Stipulation and having found good cause exists, the

9  Court rules as follows:  the parties' request to continue the expert discovery deadlines by 60

10  days, with proposed dates set forth above, is granted.

11       IT IS SO ORDERED.

12

13  DATE:  September 22, 2020          _____
                                      UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3