LYNN V. RIVERA, ESQ.
NEVADA BAR NO. 6797
**BURNHAM BROWN**
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
---
Telephone:   (775) 398-3065
Facsimile:   (877) 648-5288
Email:       lrivera@burnhambrown.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC. (erroneously sued herein
as HOME DEPOT USA, INC.)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY ARNOLD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC.; a foreign corporation and DOES I-V,<br><br>    Defendants. | Case No. 3:20-cv-00035-MMD-WGC<br><br>**DEFENDANT HOME DEPOT U.S.A., INC.'S STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that all claims against Defendant HOME DEPOT U.S.A., INC. in the above entitled action be dismissed with prejudice, each party to bear their own attorney's fees, costs and related expenses.

DATED:  December 23, 2020                    KILPATRICK BULLENTINI


                                             By */s/ Charles M. Kilpatrick*
                                                CHARLES KILPATRICK
                                                Attorneys for Plaintiff
                                                GARY ARNOLD

///

///

//

DATED: December 23, 2020           BURNHAM BROWN

                                   By /s/ Lynn V. Rivera
                                     LYNN V. RIVERA
                                     Attorneys for Defendant
                                     HOME DEPOT U.S.A., INC. (erroneously
                                     sued herein as HOME DEPOT USA, INC.)

IT IS SO ORDERED.

DATED:  12/29/2020                 _____
                                   MIRANDA M. DU
                                   CHIEF UNITED STATES DISTRICT JUDGE